FILED
98 AUG 10 PM 12: 34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| JIMMIE A. ARCHIE, JR., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 98-P-1568-J |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| Defendants. | ) | |

ENTERED
AUG 10 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 29, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 3, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 10 day of August, 1998.

SAM C. POINTER, JR.
CHIEF DISTRICT JUDGE

